**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02417-AP

ELIZABETH J. MCKNIGHT,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

_____

ORDER

_____

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #19), filed March 6, 2014, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in Shalala v. Schaefer, 509 U.S. 292, 296-302 (1993).

Dated: March 5, 2014

                                 BY THE COURT:

                                 *s/John L. Kane*_____
                                 John L. Kane, Senior Judge
                                 United States District Court